IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRESTON PIAZZA, | : | CIVIL ACTION |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| GERALD ROZUM, et al., | : | NO. 11-3228 |
|    Respondents. | : | |

## ORDER

AND NOW, this 1st day of November, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
HARVEY BARTLE, III,        J.